# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARTIN D. ANDREW,

    Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES, et al.,

    Defendant(s).

Case No.: 2:19-cv-00324-GMN-NJK

**Order**

(Docket No. 5)

Pending before the Court is Plaintiff and Defendant American Express Company's notice of settlement. Docket No. 5. The parties submit that they are in the process of preparing and finalizing the settlement agreement and, therefore, ask the Court to vacate all deadlines related to Defendant American Express. *Id.* at 1-2.

Accordingly, the motion is **GRANTED,** and the Court hereby **VACATES** any pending deadlines. The Court **ORDERS** the parties to file a stipulation of dismissal no later than June 18, 2019.

IT IS SO ORDERED.

Dated: April 19, 2019

                                                          NANCY J. KOPPE
                                                          United States Magistrate Judge